[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-10018
Non-Argument Calendar
_____

D.C. Docket No. 1:14-cr-00057-WS-B-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILLIAM E. JACKSON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(August 11, 2015)

Before HULL, ROSENBAUM and ANDERSON, Circuit Judges.

PER CURIAM:

William Gregory Hughes, appointed counsel for William E. Jackson in this

direct criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct.

1396, 18 L. Ed. 2d 493 (1967). Our independent review of the entire record

reveals that counsel's assessment of the relative merit of the appeal is correct.

Because independent examination of the entire record reveals no arguable issues of

merit, counsel's motion to withdraw is **GRANTED**, and Jackson's conviction and

sentence are **AFFIRMED**.